# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL ACTION NO. 4:22-CR-00021- |
| § | SDJ-AGD |
| DIONYSUS D. SPRIGGS § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Dionysus D. Spriggs' ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on February 12, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Douglas Schopmeyer of the Federal Public Defender's Office. The Government was represented by Stevan Buys.

Defendant was sentenced on February 23, 2009, before The Honorable Howard F. Sachs of the Western District of Missouri after pleading guilty to the offense of Aiding and Abetting the Possession with Intent to Distribute 50 Grams or More of Cocaine Base ("Count Two") and Aiding and Abetting the Use of Firearms During and in Relation to a Drug Trafficking Crime ("Count 3"), which are both Class A felonies. Each of these offenses carried a statutory maximum imprisonment term of Life. The guideline imprisonment range, based on a total offense level of 27 and a criminal history category of VI, was 130 to 162 months, plus 60 months consecutive as to Count Three. Defendant was subsequently sentenced to 120 months imprisonment on Count Two and 60-months imprisonment on Count Three for a total term of 180 months imprisonment. Defendant's sentence of imprisonment was followed by a 5-year term of supervised release on each count to run concurrently, subject to the standard conditions of release, plus special conditions

to include substance abuse testing and treatment, no possession or consumption of alcohol, search, the requirement that Defendant will satisfy all warrants and/or pending charges within the first 60 days of supervised release, and a $200 special assessment. On May 8, 2019, Defendant's sentence was reduced to 160 months imprisonment followed by a four-year term of supervised release. On August 14, 2019, Defendant completed his period of imprisonment and began service of the supervision term. On January 28, 2022, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas.

On June 5, 2023, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #2, Sealed). The Petition asserts that Defendant violated eight conditions of supervision, as follows: (1) and (3) (mandatory) Defendant shall not commit another federal, state, or local crime; (2) (mandatory) Defendant shall not possess a firearm, destructive device, or any other dangerous weapon; (4) and (7) (standard) Defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (5) (special) Defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time and shall not enter any establishment where alcoholic beverages are the primary items for sale; (6) (mandatory) Defendant shall refrain from any unlawful use of controlled substance; and (8) (standard) Defendant shall not leave the judicial district without the permission of the court or probation officer (Dkt. #2 at 1–3, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On May 16, 2023, Defendant was arrested by the Plano, Texas Police Department for Aggravated Assault with a Deadly Weapon, a Second-Degree Felony in violation of Texas Penal Code 22.02(a)(2). Defendant was released on bond, and the case is currently pending in Collin County. Plano Police Department

has not provided an unredacted offense report as of this date. However, according to the redacted report, Defendant committed an assault against Shawnta Thompson at 2501 Ohio Drive, Plano, Texas, and he used or exhibited a deadly weapon during the commission of the assault. The weapon used and recovered during the offense was a Smith & Wesson M&P 40 Shield handgun; (2) Defendant possessed a firearm as evidenced by his arrest for Aggravated Assault with a Deadly Weapon on May 16, 2023. According to the redacted report from Plano Police Department, he used and exhibited a deadly weapon, and the weapon was a Smith & Wesson 40 M&P Shield handgun; (3) On September 3, 2021, Defendant was arrested by Collin County Sheriff's Office in McKinney, Texas for Driving While Intoxicated, a Class B misdemeanor in violation of Texas Penal Code 49.04(d). According to the arrest report, Defendant was observed driving in a reckless manner, and a traffic stop was conducted. Defendant was questioned, and he admitted to consuming one to one-and-a-half bottles of wine. A field sobriety test was conducted, and Defendant was deemed to be intoxicated. On March 4, 2022, the case was adjudicated in Collin County, Texas, under Case No. 005-87054-2021, and Defendant was sentenced to a fourteen-month term of Probation; (4) Defendant possessed and consumed alcohol as evidenced by his DWI arrest and conviction from September 3, 2021; (5) On March 30, 2023, Defendant reported to the U.S. Probation Office and submitted a urine sample which tested positive for marijuana. Defendant subsequently admitted to using marijuana and signed an admission form stating as such; (6) On July 23, 2021, Defendant reported to the U.S. Probation Office and submitted a urine sample which tested positive for marijuana and was confirmed by Abbott Laboratory; and (7) On or about July 6, 2021, Defendant traveled to Manvel, Texas, without obtaining the permission of the U.S. Probation Officer (Dkt. #2 at 1–3, Sealed).

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegations (3)–(8) of the Petition. Additionally, the Government moved to dismiss allegations (1) and (2) of the Petition, and the court recommended that the Government's motion be granted. Having considered the Petition and the plea of true to allegations (3)–(8), the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of thirteen (13) months with no term of supervised release to follow.

The court also recommends that Defendant be housed in the Bureau of Prisons facility in Fort Leavenworth, Kansas if appropriate.

**IT IS SO ORDERED.**

**SIGNED this 29th day of May, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE